**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:      Case No. **3:12-bk-3072**

**ROQUE MORALES, SAMUEL & LEAL BARBOSA, MARIA MAGDALENA**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **5/11/2012**     ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **60** = $ **12,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **12,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **12,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,081.00**

Signed: **/s/ SAMUEL ROQUE MORALES**
      Debtor

      **/s/ MARIA MAGDALENA LEAL BARBOSA**
      Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **SCOTIABANK**    Cr. **SCOTIABANK**    Cr. _____
# **1328009**    # **1328004**    # _____
$ **22,200.00**    $ **32,800.00**    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BPPR**    Cr. **CRIM**    Cr. **See Attached**
# **8220010243554002**    # **22600000209901**    # _____
$ **1,399.27**    $ **2,662.17**    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **SCOTIABANK**      **SCOTIABANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*

Attorney for Debtor **LEON LANDRAU LAW OFFICES JOSE A. LEON LANDRAU**    Phone: **(787) 746-7979**

CHAPTER 13 PAYMENT PLAN

IN RE ROQUE MORALES, SAMUEL & LEAL BARBOSA, MARIA MAGDALENA　　Case No. **3:12-bk-3072**

Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Trustee pays IN FULL Secured Claims:** | **GURABO MEMORIAL** | | **19,000.00** |
| | **MR GILBERTO PAGA** | | **29,750.00** |
| | **MR MANUEL ARROY** | | **66,000.00** |
| | **MR MANUEL ARROY** | | **7,000.00** |