IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| IN RE: | SAMUEL ROQUE MORALES<br>MARIA MAGDALENA LEAL BARBOSA | Bkrtcy. No. 12-03072-BKT<br>Chapter 13 |
|---|---|---|

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Apr 23, 2012
Meeting Date: May 23, 2012
DC Track No.: 16

Days from petition date: 30
Meeting Time: 11:00 AM

910 Days before Petition: 10/26/2009
☐ Chapter 13 Plan Date: May 11, 2012 Dkt.# 11  ☐ Amended.

This is debtor(s) ___ Bankruptcy petition.
Plan Base: $12,000.00

This is the ___ Scheduled Meeting
Confirmation Hearing Date: Jun 22, 2012   Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. ___ Date ___ Amount ___
Total Paid In: $0.00

### I. Appearances: ☐ Telephone ☐ Video Conference    ☐ Creditor(s) present:    ☐ None.
☐ Debtor Present    ☐ ID & Soc. OK    ☐ Debtor Absent
☐ Joint Debtor Present    ☐ ID & Soc. OK    ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney:    ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JOSE A LEON LANDRAU*
Total Agreed: $3,000.00   Paid Pre-Petition: $1,919.00   Outstanding: $1,081.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.   Liquidation Value: TBD
Commitment Period is ☐ 36 ☐ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: June 15, 2012 @ 3pm

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
(1) Business case, incomplete, no documents submitted, for the Trustee to evaluate.
(2) 10 days to submit payment or MTD will be filed.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of ___    Date: May 23, 2012