IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SAMUEL ROQUE MORALES
MARIA MAGDALENA LEAL BARBOSA

DEBTOR(S)

CASE NO.: 12-03072 BKT

CHAPTER 13

## MOTION REQUESTING WITHRAWAL OF LEGAL REPRESENTATION

TO THE HONORABLE COURT:

Comes now, the undersigned attorney and very respectfully EXPOSES and PRAYS:

1. The undersigned attorney has been representing debtors in the instant case.

2. Debtors were advised before the filing of the case of their duties under a Chapter 13 case and under a business case.

3. A substancial part of debtors debts represent debts obtained with non-bank private parties. Debtors do not recognize some of these transactions as to the amounts or extension in which the facevalue of the written obligations represents.

4. Litigation regarding these issues were initiated by debtors prior to the filing of the bankruptcy case.

5. Debtors were instructed as to their obligations to disclose and obtain authorization from the Bankruptcy Court to employ legal representation to pursue the State Court proceedings.

6. Debtors have failed to disclose the undersigned attorney the information necesarry to represent them adequately. The mutual trust necessary in the client- attorney relationship is irrevocabely broken.

7. In compliance with Bankruptcy Local Rule 9010-1(d)(3), the undersigned attorney advised the debtors of their responsabilities of adquiring a new legal representation or appearing "pro se".

8. As to that effect, the undersigned attorney hereby respectfully requests the withdrawal as attorney of record for the instant case.

9. Detailed and written information has been given to the debtors as to the matters pending

under the case including those which debtors have failed to fullfill.

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, on this 12th day of JUNE 2012.

CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties resgistered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

**/s/ JOSE A. LEON LANDRAU, ESQ.**

JOSE A. LEON LANDRAU (131506)
Attorney for debtors
PO BOX 1687
CAGUAS, PUERTO RICO 00726
PHONE: (787) 746-7979
FAX: (787) 744-4544