IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SAMUEL ROQUE MORALES
MARIA MAGDALENA LEAL BARBOSA

DEBTOR(S)

CASE NO.: 12-03072 BKT

CHAPTER 13

## AMENDED MOTION REQUESTING WITHRAWAL OF LEGAL REPRESENTATION

TO THE HONORABLE COURT:

Comes now, the undersigned attorney and very respectfully EXPOSES and PRAYS:

1. The undersigned attorney has been representing debtors in the instant case.

2. Debtors were advised before the filing of the case of their duties under a Chapter 13 case and under a business case.

3. A substancial part of debtors debts represent debts obtained with non-bank private parties. Debtors do not recognize some of these transactions as to the amounts or extension in which the facevalue of the written obligations represents.

4. Litigation regarding these issues were initiated by debtors prior to the filing of the bankruptcy case.

5. Debtors were instructed as to their obligations to disclose and obtain authorization from the Bankruptcy Court to employ legal representation to pursue the State Court proceedings.

6. Debtors have failed to disclose the undersigned attorney the information necesarry to represent them adequately . The mutual trust necessary in the client- attorney relationship is irrevocabely broken.

7. In compliance with Bankruptcy Local Rule 9010-1(d)(3), the undersigned attorney advised the debtors of their responsabilities of adquiring a new legal representation or appearing "pro se".

8. As to that effect, the undersigned attorney hereby respectfully requests the withdrawal as attorney of record for the instant case.

9. Detailed and written information has been given to the debtors as to the matters pending under the case including those which debtors have failed to fullfill.

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, on this 12th day of JUNE 2012.

NOTICE OF SERVICE

I hereby certify that on this same date, I notified copy of this motion to Samuel Roque Morales personally and his address Urb Villa Nueva, Calle 2 E-24, Caguas, PR 00727; and to United states Trustee; and to Alejandro Oliveras Rivera, Chapter 13 Trustee by electronically with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties resgistered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

**/s/ JOSE A. LEON LANDRAU, ESQ.**

JOSE A. LEON LANDRAU (131506)
Attorney for debtors
PO BOX 1687
CAGUAS, PUERTO RICO 00726
PHONE: (787) 746-7979
FAX: (787) 744-4544

ROQUE MORALES, SAMUEL
CALLE 2 E 24
VILLA NUEVA
CAGUAS, PR  00727

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

LEAL BARBOSA, MARIA MAGDALENA
CALLE 2 E 24
VILLA NUEVA
CAGUAS, PR  00727

IRS
INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA, PA  19101-7346

LEON LANDRAU LAW OFFICES
JOSE A. LEON LANDRAU
PO BOX 1687
CAGUAS, PR  00726

MONTANEZ ALICEA LAW OFFICES
CONDOMINIO EL CENTRO I
500 MUÑOZ RIVERA OFICINA 211 214
SAN JUAN, PR  00918

ATT WIRELESS
PO BOX 4909
PORTLAND, OR  97207-0309

MR GILBERTO PAGAN ACOSTA
CALLE AMATISTA NO 101
URB VILLA BLANCA
CAGUAS, PR  00725-9410

BPPR
BANCO POPULAR DE PUERTO RICO
PO BOX 366818
SAN JUAN, PR  00936

MR MANUEL ARROYO ARROYO
PO BOX 5686
CAGUAS, PR  00725

CITIFINANCIAL
PO BOX 71328
SAN JUAN, PR  00936-8428

MUNICIPIO AUTONOMO DE CAGUAS
APARTADO 907
CAGUAS, PR  00726

CLARO WIRELESS VERIZON
PO BOX 70366
SAN JUAN, PR  00919-1225

SCOTIABANK
PO BOX 362649
SAN JUAN, PR  00936-2649

CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR  00902

GURABO MEMORIAL CORP
10 ANGEL C MORALES
GURABO, PR  00778-2401