IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SAMUEL ROQUE MORALES
MARIA MIGDALIA LEAL BARBOSA

DEBTOR(S)

CASE NO: 12-03072 BKT

CHAPTER   13

### MOTION REQUESTING CONTINUANCE OF 341 MEETING OF CREDITORS

TO THE HONORABLE COURT:

Come debtors represented by the undersigned attorney and most respectfully exposes and prays:

1.  The undersigned attorney filed an Amended Motion Requesting Withdrawal of Legal Represetation. See docket no.17.

2.  The 341 meeting of creditors for the instant case has been rescheduled for friday June 15th, 2012 at 3:00 PM .

3.  According to the aforementioned, debtor respectfully prays to this Honorable Court that he be given an extension of time of sixty (60) days to find new legal representation and request a 341 meeting hearing date.

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, this 13th day of JUNE 2012.

### CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

/s/ SAMUEL ROQUE MORALES

CALLE 2 E 24
VILLA NUEVA
CAGUAS PR 00727

/s/ JOSE A. LEON LANDRAU (131506)

JOSE A. LEON LANDRAU, ESQ.
Attorney for Debtors
PO Box 1687
Caguas, PR 00726
Phone: (787) 746-7979
Fax: (787) 744-4544